NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RIGOBERTO MENDEZ-HERNANDEZ, *Petitioner*.

No. 1 CA-CR 23-0098 PRPC
FILED 5-25-2023

Petition for Review from the Superior Court in Yavapai County
No. P1300CR201801497

The Honorable Krista M. Carman, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Vincent Ware
*Counsel for Respondent*

Rigoberto Mendez-Hernandez, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Paul J. McMurdie, Judge Michael J. Brown, and Judge Michael S. Catlett delivered the following decision.

---

**PER CURIAM**:

**¶1** Petitioner Rigoberto Mendez-Hernandez seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32. This is Petitioner's first petition.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find the petitioner has not established an abuse of discretion.

**¶4** We grant review but deny relief.

